**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-03174-LTB-CBS

ALLSTATE PROPERTY AND CASUALTY COMPANY,

       Plaintiff,

v.

THOMAS C. RILEY,

       Defendant.

_____

### ORDER OF DISMISSAL
_____


THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 7 - filed March 15, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   March 16, 2011